IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERONICA VALENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV329 |
| | ) | |
| v. | ) | |
| | ) | |
| FOXALL, Director of Douglas County of Correctional Center, and UNKNOWN JANE AND JOHN DOE CORRECTIONAL OFFICERS, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On October 25, 2017, the court ordered Plaintiff to file an amended complaint by November 27, 2017, or face dismissal of this action. (Filing No. 6.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 4th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge